IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN J. ALLEE, | ) |
| Petitioner, | ) 8:05cv229 |
| vs. | ) ORDER |
| | ) (HABEAS CORPUS) |
| NEBRASKA ATTORNEY GENERAL, | ) |
| Respondent. | ) |

The petitioner, Justin J. Allee, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("§ 2254 petition") and an application to proceed in forma pauperis (filing no. 3). The court has received a certified copy of the petitioner's inmate trust account information, and the petitioner is eligible to proceed in forma pauperis. Accordingly, filing no. 2, the petitioner's application for leave to proceed in forma pauperis, is granted, and the petitioner is excused from paying the filing fee.

In addition, in filing no. 2, the petitioner has moved for leave to amend his § 2254 petition. Filing no. 2 is granted, and the petitioner shall have until June 24, 2005 to file his Amended § 2254 petition. The Clerk of Court shall send the petitioner a Form AO-241 (revised 12/04) entitled "Petition for Relief From a Conviction or Sentence By a Person in State Custody" which the petitioner may, but is not required to, use for his Amended § 2254 petition.[1]

SO ORDERED.

DATED this 26th day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge

---

[1] Any pleading filed with the court may be handwritten, if legible.