IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTIN J. ALLEE, | ) | |
| | ) | |
| Petitioner, | ) | 8:05cv229 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| NEBRASKA ATTORNEY GENERAL, | ) | |
| | ) | |
| Respondent. | ) | |

In accordance with filing no. 19, my Memorandum and Order of August 18, 2006, the Federal Public Defender for the District of Nebraska has recommended James C. Webering, Esq. as the attorney to be appointed to represent the petitioner, Justin J. Allee, in this matter. See 18 U.S.C. § 3006A.

THEREFORE IT IS ORDERED:

1. That James C. Webering, Esq. is appointed to represent the petitioner, Justin J. Allee, in this matter;

2. That the petitioner, through counsel, shall have 90 days from the date of filing no. 19 to file a Motion selecting among the options set forth in filing no. 18;

3. That if the petitioner elects to remain in this court, Mr. Webering shall prepare such pleadings and briefs as are necessary to represent the petitioner in this matter;

4. That Mr. Webering shall coordinate with the office of the Federal Public Defender to obtain such payments and reimbursement of expenses as are allowed by law; and

5. That in addition to the parties, the Clerk of Court shall provide a copy of this Order to James C. Webering, Esq., P.O. Box 1948, Council Bluffs, IA 51502-1948.

DATED this 24th day of August, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge