IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTIN J. ALLEE, | ) | |
| | ) | |
| Petitioner, | ) | 8:05CV229 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA ATTORNEY GENERAL, and | ) | ORDER |
| WARDEN OF USP-LEAVENWORTH, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on petitioner's motion for extension of time to file his appeal in this case. Filing No. 67. The court has carefully reviewed the request and finds good cause for granting this motion. Further, the court notes the respondents do not object to the extension of time.

THEREFORE, IT IS ORDERED THAT petitioner's motion to extend time to file his notice of appeal until February 27, 2009, is granted.

DATED this 29th day of January, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge