IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN J. ALLEE, | ) |
| Petitioner, | ) 8:05CV229 |
| v. | ) |
| NEBRASKA ATTORNEY GENERAL, and WARDEN OF USP-LEAVENWORTH, | ) ORDER |
| Respondents. | ) |

This matter is before the court pursuant to an order entered March 4, 2009, giving petitioner thirty days to file a motion for a certificate of appealability. Filing No. 71. Petitioner has failed to file such motion or brief, and accordingly, the court will not issue a certificate of appealability.

THEREFORE, IT IS ORDERED that this court will not issue a certificate of appealability in this case. The Clerk of Court is directed to process the appeal and to send a copy of this Order and a copy of Filing No. 71 to the Eighth Circuit Court of Appeals.

DATED this 22nd day of April, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge